Date signed March 17, 2010



PAUL MANNES
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| In Re: | Case No. 09-35521 |
|---|---|
| Ramona Katherine Barber, | Chapter 7 |
| Debtor. | |

## MEMORANDUM TO DEBTOR

The court issued a deficiency notice on March 1, 2010, directing Debtor to file a Certificate of Service with respect to Amended Schedule F, a declaration under penalty of perjury, and an Amended Verification of Creditor Matrix. Debtor has filed a Certificate of Service but has not complied with Local Bankruptcy Rule 1007-3, "Notice to Creditors Omitted from or Incorrectly Listed on Master Mailing Matrix", which provides as follows:

If a debtor files schedules or a supplemental mailing matrix after filing the petition, and if the debtor's schedules or a supplemental mailing matrix include one or more creditors that were not included, or were listed incorrectly, on the debtor's master mailing matrix filed with the petition, a debtor must comply with the following procedures:

(a) <u>Notice to Creditors</u>. The debtor must send to each creditor that is added or whose address is corrected:
(1) a copy of the original Notice for Meeting of Creditors, and
(2) a copy of each order that establishes or extends a bar date for claims or for complaints to determine the dischargeability of certain debts or to object to the discharge of the debtor.

(b) <u>Certificate of Compliance</u>. With the schedules and supplemental mailing matrix, the debtor must file a certificate of compliance with this Rule, together with a dated and clearly titled supplemental mailing matrix that lists only the names and correct mailing addresses of each newly scheduled creditor.

Accordingly, the court advises the Debtor that Amended Schedule F will be stricken unless she files a declaration of penalty under of perjury, an Amended Verification of Creditor Matrix, and a Certificate of Compliance in accordance with Local Bankruptcy Rule 1007-3.

cc: Debtor
    Debtor's Counsel
    Chapter 7 Trustee

**End of Memorandum**